In the Matter of the Probate of the Will of ROSE MOSKOWITZ, Deceased. JULIUS S. MOSKOWITZ, Respondent; ANNETTE RICH, Appellant.

Submitted May 19, 1952; decided May 29, 1952.

Motion to amend remittitur denied, with $10 costs. [See 303 N. Y. 992.]